**In re Joseph E. D'ARCANGELO, Debtor.**

**Bankruptcy No. 92–11945–CJK.**

United States Bankruptcy Court,
D. Massachusetts.

June 11, 1992.

Jeffrey A. Schreiber, Danvers, Mass., for creditor.

Kathleen P. Dwyer, Danvers, Mass., for debtor.

MEMORANDUM OF DECISION ON MO-
TION OF SEARS, ROEBUCK AND
CO. FOR RELIEF FROM AUTOMAT-
IC STAY

CAROL J. KENNER, Bankruptcy Judge.

Sears, Roebuck and Co. has moved for relief from the automatic stay to repossess certain collateral it alleges is in the Debtor's possession: a sofa, a recliner, and a fax machine. The Debtor responds that Sears has already repossessed the sofa and recliner and that Sears has agreed to permit the Debtor to redeem the fax machine for $225.00. The Court need not hold a hearing on this motion. Both of the Debtor's allegations would be defenses to repossession, but neither is a defense to a motion for relief from stay to seek repossession. If Sears does not accept the Debtor's response but instead insists on attempting to repossess the collateral, the Debtor may interpose his defenses in state court.

Therefore, a separate order will enter allowing the motion for relief from stay.